**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marie Roviello,<br><br>        Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>        Defendant. | No. CV-25-02388-PHX-DWL<br><br>**ORDER** |

      On July 9, 2025, Plaintiff filed the complaint (Doc. 1) and an application to proceed in forma pauperis (Doc. 2). The complaint indicates that Plaintiff is proceeding pro se but is "assisted by" Jack Schiffman, who is identified in the signature bar (although he did not sign) as a "Retired Attorney." (Doc. 1.) The State Bar of Arizona identifies Mr. Schiffman as having a "suspended" status.

      Mr. Schiffman is cautioned that providing continued legal assistance in this matter could result in sanctions for unauthorized practice of law. *Winterrowd v. Am. Gen. Annuity Ins. Co.*, 556 F.3d 815, 823-24 & n.4 (9th Cir. 2009) (legal work that does not constitute an "appearance" may be permissible by an attorney who has not been admitted to practice before a certain court or by "paralegals, database managers, legal support, summer associates, and even attorneys who have yet to pass the bar" but is impermissible by an attorney who is suspended); *Matter of Schum*, 2025 WL 238916, *7 (D. Haw. 2025) ("Importantly, here, the question is not whether such a task would qualify as the practice of law for *any* layperson. It is, instead, whether it constituted the practice of law for a

*suspended attorney* to do so, given that such an attorney is subject to greater strictures than a layperson with regards to conduct that may constitute the practice of law.") (cleaned up); *In re Creasy*, 12 P.3d 214, 217-18 (Ariz. 2000) ("[A] person need not appear in a judicial proceeding to engage in the practice of law. . . . Creasy clearly employed legal skill . . . and cannot now claim he was not engaged in practicing law. . . . [S]ome actions which may be taken with impunity by persons who have never been admitted to the practice of law, will be found to be in contempt if undertaken by a suspended or disbarred attorney.").

Plaintiff is reminded that the Federal Court Self-Service Clinic provides free civil legal help to self-represented litigants. (*See* Notice to Self-Represented Litigant, Doc. 4.) Alternatively, Plaintiff may retain counsel authorized to represent her in this action.

Accordingly,

**IT IS ORDERED** that Mr. Schiffman may not continue to provide legal assistance Plaintiff in this action.

**IT IS FURTHER ORDERED** that Plaintiff shall provide a copy of this order to Mr. Schiffman.

**IT IS FURTHER ORDERED** granting the application for leave to proceed in forma pauperis (Doc. 2), without prepayment of costs or fees or the necessity of giving security therefor.

Dated this 14th day of July, 2025.

Dominic W. Lanza
United States District Judge